**IN THE DISTRICT COURT**
**FOR THE UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| EDWARD ALAN YEARTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:17-cv-2117 SHM-egb |
| | ) | JURY DEMAND |
| | ) | |
| | ) | |
| AMUSEMENTS OF AMERICA, INC.; | ) | |
| DELTA FAIR, INC.; UNIVERSAL FAIRS, | ) | |
| LLC; and BELLE CITY AMUSEMENTS, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AMUSEMENTS OF AMERICA, INC., | ) | |
| | ) | |
| Crossclaim Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BELLE CITY AMUSEMENTS, INC., | ) | |
| | ) | |
| Crossclaim Defendant. | ) | |

**NOTICE OF SERVICE OF AMUSEMENTS OF AMERICA, INC.'S**
**RULE 26 INITIAL DISCLOSURES**

Notice is hereby given that on the date entered below, Defendant/Crossclaim Plaintiff Amusements of America, Inc. served its *Initial Disclosures* upon all parties as required by Federal Rule of Civil Procedure 26(a)(1).

THIS the 29th day of August, 2017.

Respectfully submitted,

/s/*Kristine E. Nelson*

Kristine E. Nelson (33096)
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117
(901) 762-0535 (Office)
(901) 762-0539 (Fax)
knelson@blackmclaw.com

*Attorney for Amusements of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Randall L. Kinnard, Esq.
The Woodlawn
127 Woodmont Boulevard
Nashville, Tennessee 37205
(615) 297-1007
rkinnard@kcbattys.com
*Attorney for Plaintiff Edward Yearta*

Gregory L. Mast
Fields Howell, LLP
1180 W. Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
(404) 214-1250
gmast@fieldshowell.com
*Attorney for Defendant Delta Fair, Inc.*

Garrett M. Estep
Farris Bobango Branan, PLC
999 Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100
gestep@farris-law.com
*Attorney for Universal Fairs, LLC*

Bruce A. McMullen
Mary Wu Tullis
Baker, Donelson, Bearman, Caldwell, and Berkowitz, PC
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
mtullis@bakerdonelson.com
*Attorneys for Belle City Amusements, Inc.*

/s/ *Kristine E. Nelson*

3