```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

**EDWARD ALAN YEARTA,**

      **Plaintiff,**

v.                                           Cv. No. 17-2117-SHM/egb

**AMUSEMENTS OF AMERICA, INC.,
DELTA FAIR, INC., UNIVERSAL
FAIRS, LLC, and BELLE CITY
AMUSEMENTS, INC.,**

      **Defendants.**

## ORDER GRANTING MOTION FOR LEAVE TO
## FILE AMENDED ANSWER AND CROSS-CLAIM

Before the Court is defendant Delta Fair, Inc.'s August 1, 2018 motion for leave to file an amended answer and cross-claim against defendant Belle City Amusements, Inc. (D.E. 81). For good cause shown, the motion is GRANTED. Defendant Delta Fair, Inc. may file the amended answer and cross-claim that is attached to the motion.

SO ORDERED this 31st day of August, 2018.

                                    *s/ Samuel H. Mays, Jr.*
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE