# Exhibit 2:

# Excerpts from Deposition of Edward Yearta

```
                    IN THE DISTRICT COURT
              FOR THE UNITED STATES OF AMERICA
                 WESTERN DISTRICT OF TENNESSEE
```

**EDWARD ALAN YEARTA,**
    Plaintiff,        CIVIL ACTION NO.:
vs.                   2:17-cv-2117 SHM-egb
**AMUSEMENTS OF AMERICA,
INC.; DELTA FAIR, INC.;
UNIVERSAL FAIRS, LLC;
and BELLE CITY
AMUSEMENTS, INC.,**
    Defendants.
**AMUSEMENTS OF AMERICA,**      <u>**VOLUME I OF IV**</u>
**INC.,**
    Crossclaim Plaintiff,
vs.
**BELLE CITY AMUSEMENTS,
INC.,**
    Crossclaim Defendant.

*****************************

**ORAL VIDEO DEPOSITION OF**

**EDWARD YEARTA**

**MAY 3RD, 2018**

*****************************

ORAL VIDEO DEPOSITION of EDWARD YEARTA taken in the above-styled and numbered cause on May 3rd, 2018, from 8:40 a.m. until 7:33 p.m. before Carol P. Kellerman, Certified Court Reporter in and for the State of Georgia, in the conference room at 327 North Ashley Street and at 1564 Baytree Road, Valdosta, Georgia.

        Carol P. Kellerman, C.C.R.
      KELLERMAN COURT REPORTING, INC.
        Phone No.:  (229) 245-0317

```
 1       Q.   How -- how does it become locked into
 2  place?
 3       A.   Wherever they pull it up to the mark.
 4       Q.   Okay.  Is there something that then
 5  kind of connects it to the ground?
 6       A.   A ground wire I reckon.
 7       Q.   Okay.  Do you recall seeing whether or
 8  not the generator had ground wire?
 9       A.   It was grounded, but I don't know how
10  -- if it was grounded right.
11       Q.   Okay.  But you recall that it was
12  grounded?
13       A.   Yes.
14       Q.   Okay.
15            MS. TULLIS:  Those are all the
16       questions I have.  Thank you.
17            MS. NELSON:  I have actually some
18       follow-up.  I'm sorry.
19            MR. TEITENBERG:  I think you've
20       got about six minutes.
21            (Court Reporter's Note:  There was
22       a brief discussion held off of the
23       record.)
24                  **RE-EXAMINATION**
25  BY MS. NELSON:
```

423

```
 1        Q.   So, Mr. Yearta, in response to Ms.
 2   Tullis' question just a moment ago about whether
 3   the generator was grounded, you responded that,
 4   yes, it was grounded.
 5        A.   I don't know --
 6             MR. TEITENBERG:  Objection, form.
 7   THE DEPONENT CONTINUED:
 8        A.   I don't know if it was grounded right.
 9   But it was grounded.
10        Q.   (By Ms. Nelson)  Explain that to me.
11        A.   I don't know if the rod was drove in
12   the ground deep enough or not.
13        Q.   Did you see grounding rods at that
14   generator truck?
15        A.   Yes.
16        Q.   What did they look like?
17        A.   Copper wire.
18        Q.   Explain that to me.
19        A.   Copper rods with a clamp on it that's
20   got a wire, a grounding rod, connected to it.
21        Q.   And do you know who placed those rods?
22        A.   No, I don't.
23        Q.   And were they driven into the ground?
24        A.   Yes, but I don't know if they was deep
25   enough.
```

424

```
 1        Q.   Can you show me?
 2             MS. NELSON:  May I see the last
 3        exhibit please?
 4             UNIDENTIFIED PERSON:  (Complies.)
 5   THE DEPONENT CONTINUED:
 6        A.   Where they was at?
 7        Q.   (By Ms. Nelson)  Yes.
 8        A.   Probably right here.
 9        Q.   You just said that they were probably
10   right there.
11        A.   They're somewhere right there in front
12   of the box, yes.
13        Q.   Are you certain that you saw them?
14        A.   Yes.  I wouldn't have hooked up to it
15   if it wasn't grounded.
16        Q.   How many rods were there?
17        A.   All I seen was -- I mean, one that I
18   know of.  I don't know if they grounded it twice
19   or not.  I know I seen one.
20        Q.   How many grounding rods are usually
21   used to your --
22        A.   Usually --
23        Q.   -- to your knowledge?
24        A.   -- one -- one big one.  Usually one
25   good sized one.  It's according to how deep they
```

425