# Exhibit 3:

# Excerpts from Deposition of Dominic Vivona

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
 2                     WESTERN DIVISION
   _____
 3
   EDWARD ALAN YEARTA,          )
 4                              )
            Plaintiff,          )
 5                              )
   VS.                          )  Civil Action No.:
 6                              )     2:17-cv-2117
   AMUSEMENTS OF AMERICA,       )
 7 INC.; DELTA FAIR, INC.;      )
   UNIVERSAL FAIRS, LLC;        )   JURY DEMAND
 8 and BELLE CITY AMUSEMENTS,   )
   INC.,                        )
 9          Defendants.         )

10 AMUSEMENTS OF AMERICA,       )
   INC.,                        )
11                              )
      Crossclaim Plaintiff,     )
12 VS.                          )
                                )
13 BELLE CITY AMUSEMENTS,       )
   INC.,                        )
14                              )
      Crossclaim Defendant.     )
15 _____

16

17        VIDEOTAPED RULE 30(b)(6) DEPOSITION

18                         OF

19              DOMINIC VIVONA, JR.

20              SEPTEMBER 20, 2018

21
            ALPHA REPORTING CORPORATION
22               236 Adams Avenue
             Memphis, Tennessee  38103
23                (901) 523-8974
               www.alphareporting.com
24
```

30(b)(6)
Dominic Vivona - September 20, 2018

29

1  Q. One of the things you were asked to talk
2  about today in the deposition notice was the
3  contracts with other operators such as Belle City
4  Amusements, Prime Time Amusements.
5      Are you prepared to talk about that
6  today?
7  A. Yes.
8  Q. There is -- I have a copy here of the
9  Belle City Independent Attraction Contract,
10 copies for everyone else.
11     (Whereupon, the above-mentioned document
12 was marked as Exhibit 4 to the testimony of the
13 witness, and is attached hereto.)
14 Q. (BY MR. TEITENBERG) Do you recognize
15 this contract?
16 A. Yes.
17 Q. Tell the jury what this contract is for?
18 A. It's a contract that we use for when we
19 subcontract amusement rides at our fairs.
20 Q. So this is a contract whose form would
21 have been essentially drafted by A of A?
22 A. Yes, that's correct.
23 Q. Is it typical to other contracts that
24 you do with other independent attraction

30(b)(6)
Dominic Vivona - September 20, 2018

30

```
 1  operators?
 2       A.   Yes.
 3       Q.   You would have a similar contract like
 4  this in 2016 with Prime Time Amusements, LLC?
 5       A.   If we have one, if we had one, I don't
 6  know if we do.
 7       Q.   Sometimes it's an oral agreement?
 8       A.   Correct.
 9       Q.   Did A of A have any other oral agreement
10  with Belle City Amusements?
11       A.   Besides for this event, no, for this
12  contract, no.
13       Q.   Outside of what's in the contract, does
14  Amusements of America have any rules or
15  guidelines that subcontractors have to abide by?
16       A.   Outside of the contract, I guess it
17  depends.  Would you be referring to like
18  generators and so forth or --
19       Q.   Well, anything -- anything really.
20       A.   Well, I guess for a generator aspect,
21  typically our policy is if you bring eight to ten
22  or more rides, we would request electrical power
23  as well to help power the equipment.
24       Q.   Okay.  And by electric power, you mean
```

```
 1  generators?
 2      A.   Yeah.  That's not in the contract.
 3      Q.   Okay.  One of the things you were
 4  designated to speak about was the -- the TOSHA
 5  investigation that the State of Tennessee
 6  performed?
 7      A.   Yes.
 8      Q.   Have you read that TOSHA report?
 9      A.   Yes.
10      Q.   And was there anything in that report
11  that is inaccurate?
12           MR. GRIFFEE:  Object to the form.
13           THE WITNESS:  Do I still answer?
14           MR. GRIFFEE:  Yeah.
15           THE WITNESS:  The facts were laid out to
16  my understanding, not being there, accurately.
17  BY MR. TEITENBERG:
18      Q.   The facts are inaccurate?
19      A.   No.  The facts are accurate to my
20  understanding.
21      Q.   Oh, okay.  Is there anything that A of A
22  believes is inaccurate in that report?
23           MR. GRIFFEE:  Same objection.
24      A.   Based upon what the two penalties that
```

30(b)(6)
Dominic Vivona - September 20, 2018

44

1  and Music Festival?
2           MR. GRIFFEE:  I will object to the form.
3      A.   Any other arrangements, which would be
4  what exactly?
5      Q.   How would you -- any other agreements
6  or --
7      A.   Nothing written, nothing written, no.
8      Q.   Are there oral arrangements or
9  agreements between Amusements of America and
10 Belle City Amusements, Inc. regarding the 2016
11 Delta Fair and Music Festival?
12     A.   Yes.
13     Q.   What are those oral agreements?
14     A.   One would be the generator for the site,
15 for usage during the fair.  Let's see what else,
16 they would have to pay, I don't know if it's in
17 here or not, they would have to pay for trailer
18 rent for their employees and RVs.
19          They would have to have the ride permits
20 for their rides.  I'm not sure if that's in there
21 or not.  I'm just -- but that's part of the
22 agreement.
23     Q.   Any other oral agreements that
24 Amusements of America has with Belle City

45

1  Amusements, Inc. regarding the 2016 Delta Fair
2  and Music Festival?
3       A.   Not that I'm aware of.
4       Q.   And those three oral agreements that we
5  talked about, they are not in the Independent
6  Attraction Contract that has been marked as
7  Exhibit 4, are they?
8       A.   I don't believe they are.
9       Q.   Is it Amusements of America's position
10 that the Independent Attraction Contract that has
11 been marked as Exhibit 4 did not contain any
12 provision that requires Belle City to supply
13 generators?
14           MR. GRIFFEE:  Object to the form.
15      A.   The written contract does not state
16 anything about generators.
17      Q.   And you mentioned that Amusements of
18 America had a requirement if a ride operator was
19 going to bring eight to ten rides that they would
20 request electrical power?
21      A.   Correct.
22      Q.   Is that a written requirement?
23      A.   Generally accepted practice that we use.
24      Q.   Okay.  And how is that practice

46

```
 1  communicated to ride operators?
 2      A.   When we talk about the ride lineup they
 3  were in.  So we had discussed with Belle City
 4  this ride lineup.  So at that point, and also
 5  obviously the monetary compensation, our
 6  percentage, that would have been discussed at
 7  that time.
 8      Q.   Is it -- is the requirement to bring a
 9  generator to power all eight to ten rides?
10      A.   Logistically it's for power usage.  It
11  doesn't have -- they wouldn't specifically power
12  their own rides.  But because of that additional
13  power of the eight rides needed, we need that
14  generator.
15           So it's needed in the whole scope of the
16  fair, but it would not be used -- isolated with
17  their specific rides.
18      Q.   So would it be fair to say that the
19  requirement is one generator from the ride
20  operators who are going to bring eight to ten
21  rides?
22      A.   Correct.  If they brought sixteen, they
23  would be asked for two generators.
24      Q.   Are ride operators compensated for
```

30(b)(6)
Dominic Vivona - September 20, 2018

47

1  bringing a generator when they bring eight to ten
2  rides?
3     A.   No, but we pay for all the fueling so
4  they have no additional expense.
5     Q.   At what point is the requirement to
6  bring a generator if a ride operator is going to
7  bring eight to ten rides discussed?
8     A.   During the time we negotiate for the
9  number of rides and the percentage.
10    Q.   Are there any situations where a
11 generator to power -- or a generator for
12 electrical use at a fair is not needed from a
13 ride operator who is going to bring eight to ten
14 rides?
15    A.   It's possible based upon the layout, the
16 size of the grounds.  If it's more compact, it's
17 possible that you could get by with one less
18 generator, but it's possible.
19    Q.   So it's not, I guess, a per se or an
20 automatic rule that any ride operator --
21    A.   Sorry.
22    Q.   Let me repeat this for the record.  So
23 it's possible that if a ride operator brings
24 eight to ten rides they could -- they would have

48

1  some situations where they wouldn't be required
2  to bring a generator?
3          MR. GRIFFEE:  Object to the form.
4     A.   We have never not asked for a generator.
5  Always be safe than sorry.
6     Q.   Have you -- have there been situations
7  where the generator that's brought by a ride
8  operator who brings eight to ten rides is not
9  used?
10    A.   Possibly.
11    Q.   Has that happened at the 2016 Delta
12 Fair?
13    A.   No.
14    Q.   Has that happened at any Delta Fair?
15    A.   No.
16    Q.   When a ride operator who is bringing
17 eight to ten rides to a fair is required to bring
18 a generator, are there any other requirements
19 asked of that ride operator?
20         MR. GRIFFEE:  Object to the form.
21    A.   Any other requirements asked of that
22 ride operator?  I mean, yeah, I guess, yes, but
23 it's generally they have to wear our uniforms.
24 They have to follow the hours posted of the fair,