<u>Exhibit 4</u>:

Excerpts from Deposition of Christopher Vivona

**Christopher Vivona - June 28, 2018**

```
 1              IN THE DISTRICT COURT
           FOR THE UNITED STATES OF AMERICA
 2             WESTERN DISTRICT OF TENNESSEE
   _____
 3
   EDWARD ALAN YEARTA,     )
 4                         )
           Plaintiff,      )
 5                         )
   v.                      )Civil Action No.
 6                         )2:17-cv-2117 SHM-egb
   AMUSEMENTS OF AMERICA,)
 7 INC.; DELTA FAIR,       )
   INC.; UNIVERSAL FAIRS,)
 8 LLC; and BELLE CITY     )
   AMUSEMENTS, INC.,       )
 9                         )
           Defendants.     )
10                         )
   AMUSEMENTS OF AMERICA,)
11 INC.,                   )
                           )
12   Crossclaim Plaintiff,)
                           )
13 v.                      )
                           )
14 BELLE CITY AMUSEMENTS,)
   INC.,                   )
15                         )
     Crossclaim Defendant.)
16 _____

17            VIDEOTAPED DEPOSITION

18                     OF

19          CHRISTOPHER R. VIVONA

20              JUNE 28, 2018

21

22

23         Alpha Reporting Corporation
               236 Adams Avenue
24         Memphis, Tennessee 38103
               (901) 523-8974
25           www.alphareporting.com
```

**Alpha Reporting Corporation**

Christopher Vivona - June 28, 2018

233

1    A.    Amusements of America.

2    Q.    And who owns Alpine Bob?

3    A.    Prime Time Amusements.

4    Q.    What about the Scrambler?

5    A.    Prime Time.

6    Q.    And the Moonraker?

7    A.    Belle City.

8    Q.    So, of the 66 rides that are using Belle

9    City generator, only the Moonraker is owned by Belle

10   City?

11   A.    Correct.

12   Q.    Does Amusements of America pay Belle City

13   to use its generator?

14   A.    No.  We put fuel in it and it's just

15   included when they book rides.

16   Q.    Where is it included when you book rides?

17   A.    It's understood.  It's verbal.

18   Q.    It's a verbal agreement?

19   A.    Yeah.

20   Q.    That Belle City will provide the generator

21   to source and power one, two, three rides owned by

22   Amusements of America?

23   A.    Yes.

24   Q.    Do you know if Prime Time pays Belle City

25   to use its generator?

234

1       A.    They don't.

2       Q.    So the arrangement that you are speaking

3    of where Amusements of America uses Belle City's

4    generator is strictly by a verbal agreement?

5       A.    Yes.

6       Q.    Who from Belle City would this verbal

7    agreement have been made with?

8       A.    Zach Panocek.

9       Q.    What are the pink blocks?

10      A.    The pink blocks are Amusements of America

11   booked-in concessions.

12      Q.    What's the peach colored shapes?

13      A.    Peach colored?

14      Q.    Ah, this color (indicating).

15      A.    Oh, I'm sorry.  It's a little different on

16   mine.  Mine is like a tannish.  Yeah, those are all

17   of Delta Fair's bookings.

18      Q.    Do you see where it said TB?

19      A.    Yes.

20      Q.    What does that mean?

21      A.    Ticket box.

22      Q.    And so there are multiple ticket boxes

23   sort of clustered together?

24      A.    Yes.

25      Q.    And what is HS?

Christopher Vivona - June 28, 2018

239

1   there.  And one other show, the owner is Joe

2   Frankowski.

3       Q.   Do you have verbal agreements with any

4   other ride operators to bring their generators?

5       A.   Yes.

6       Q.   Which ones?

7       A.   PB&J.

8       Q.   Is that the only one?

9       A.   Yes.

10      Q.   Why is it that you do not have a verbal

11   agreement with Prime Time for Prime Time to bring a

12   generator?

13      A.   I only needed two.

14      Q.   You only needed two for the 2016 Delta

15   Fair?

16      A.   Yes.

17      Q.   The other generators that are listed, that

18   are depicted or shown on this layout, who owns those

19   generators?

20      A.   Amusements of America.

21      Q.   How many generators does Amusements of

22   America own?

23      A.   I believe we have five there, but we have

24   others that aren't there.

25      Q.   Are there ever situations where you don't

240

```
 1   ask ride operators to bring generators at all?
 2        A.   Yes.
 3        Q.   What are those situations?
 4        A.   Well, if they only have one -- it all
 5   depends on the amount of rides they bring.  Both
 6   PB&J and Belle City brought multiple rides.  So
 7   usually when you do that, in our industry, you ask
 8   them to bring a generator.  If you're just bringing
 9   one ride, that's not required.
10        Q.   Beside the Moonraker, what other ride was
11   Belle City bringing to the 2016 -- or what other
12   ride did Belle City bring to the 2016 Delta Fair?
13        A.   Crazy Plane, the Berry's, the Free Fall, I
14   think the Scooter, Zero Gravity, a Mini Himalaya,
15   Peter and Paul, Mini Enterprise.  That looks like
16   it.  They had another one scheduled to come but
17   something happened to it.  It was -- a broken part
18   on it.  That would be the Free Fall.
19        Q.   That's not on the Memphis layout 2016?
20        A.   Correct.
21        Q.   Okay.  Can you tell me which of those
22   rides were connected to the Belle City generator?
23        A.   The Moonraker.
24        Q.   Is that the only Belle city-owned ride
25   that was hooked up to the Belle City generator?
```

Christopher Vivona - June 28, 2018

248

```
1      Q.    As far as compensation, that would be
2  Dominic Jr.'s role?
3      A.    Yes.
4            MR. MAST:  Can we go off the record for a
5  minute?
6            VIDEOGRAPHER:  Going off the record.  The
7  time is 4:01.
8              (Off record)
9            VIDEOGRAPHER:  Going back on the record.
10 The time is 4:03.
11 BY MS. TULLIS:
12     Q.    If you will flip with me to page 13 -- I'm
13 sorry, not page 13 -- paragraph 14 on the third
14 page.
15     A.    Okay.
16     Q.    Do you see paragraph 14 refers to
17 subcontractor agreeing to keep and operate all rides
18 and attractions in good and safe condition and to
19 comply with requirements established by Amusements
20 of America to promote safety and to permit
21 Amusements of America to have free access to said
22 rides and attractions at all times for the purpose
23 of ascertaining compliance with the provisions of
24 this contract?  Do you see that?
25     A.    Yes.
```

Christopher Vivona - June 28, 2018

249

1     Q.    What -- are these -- what are those

2  requirements referring to?

3     A.    It's basically the condition of the ride

4  that they bring in, that we approve of it.

5     Q.    How do you approve of the ride coming in?

6     A.    Well, it's visually, and make sure they

7  are up-to-date in any kind of safety bulletins and

8  inspection required by the manufacturer.

9     Q.    Are there any requirements that Amusements

10  of America sets -- or are there any requirements

11  that Amusements of America has for Belle City that

12  are written down anywhere?

13     A.    No.

14     Q.    You'd agree with me that the sentence I

15  just read refers to rides and attractions?

16     A.    Yes.

17     Q.    And that sentence does not contain the

18  word generator anywhere?

19     A.    Correct.

20     Q.    Do you see where it starts subcontractor's

21  equipment must meet the standards set by Amusements

22  of America for a clean and presentable appearance

23  and should present photographs to attest to same?

24  Do you see that?

25     A.    Yes.

250

```
 1        Q.    What are the standards set by Amusements
 2   of America in that context?
 3        A.    Well, it's -- basically, it's the general
 4   appearance of the ride when it's set up and
 5   operating.  It's good paint.  It's safe, passed all
 6   their inspections.  The main thing is it's safe and
 7   it looks like a presentable ride.
 8        Q.    You'll agree with me that the sentence
 9   says clean and presentable appearance, right?
10        A.    Right.
11        Q.    Regarding Belle City's equipment, right?
12        A.    Right.
13        Q.    And you'll agree with me that it does not
14   say safe appearance, the word safety or safe is not
15   in that sentence; would you agree with me?
16        A.    Okay.  I agree.
17        Q.    Are any standards that are set by
18   Amusements of America with respect to Belle City's
19   equipment as it -- as it is outlined in this
20   sentence, are those written anywhere?
21        A.    I don't know.
22        Q.    Have you written standards out that
23   Amusements of America sets forth for equipment from
24   subcontractors?
25        A.    Unless it's in the contract.  I have not
```

Christopher Vivona - June 28, 2018

251

1    done it personally.

2       Q.   And would you agree with me that the rides

3    and attractions that are referenced in this

4    paragraph refer to rides and attractions that are

5    owned by Belle City?

6       A.   Yes.

7       Q.   Is this form the same form you use for

8    other ride operators?

9       A.   Yes.

10      Q.   Have you ever asked or required any ride

11   operators to bring a generator as a backup?

12      A.   No.

13      Q.   Did you ever talk to anyone from TOSHA?

14      A.   Yes.

15      Q.   Who did you talk to?

16      A.   I don't remember the name.

17      Q.   Was it a male or female?

18      A.   Male.

19      Q.   When did you talk to this male?

20      A.   When they came out to the fairgrounds.

21   And I don't remember what day exactly.  It was

22   either a day or two after the incident.

23      Q.   Was that the only time you talked to

24   anyone from TOSHA?

25      A.   Yes.

**Alpha Reporting Corporation**