# Exhibit A

**In the Matter Of:**

*EDWARD ALAN YEARTA vs*

*AMUSEMENTS OF AMERICA*

*2:17-cv-2117 SHM-egb*

*RONALD DOUBERLY*

*June 27, 2018*



1st in Reporting, 1st in Service, 1st in Technology

We Bridge the State and Cover the Nation!
www.alphareporting.com
800-556-8974

Ronald Douberly - June 27, 2018

```
                    IN THE DISTRICT COURT
                 FOR THE UNITED STATES OF AMERICA
                   WESTERN DISTRICT OF TENNESSEE
_____

EDWARD ALAN YEARTA,              )
                                 )
        Plaintiff                )
                                 )
VS.                              )   Civil Action No.:
                                 )   2:17-cv-2117 SHM-egb
AMUSEMENTS OF AMERICA, INC.;     )   JURY DEMANDED
DELTA FAIR, INC.; UNIVERSAL      )
FAIRS, LLC; and BELLE CITY       )
AMUSEMENTS, INC.,                )
                                 )
        Defendants,              )
                                 )
                                 )
AMUSEMENTS OF AMERICA, INC.,     )
                                 )
        Crossclaim Plaintiff,    )
                                 )
VS.                              )
                                 )
BELLE CITY AMUSEMENTS, INC.,     )
                                 )
        Crossclaim Defendant.    )
_____


                           DEPOSITION

                              OF

                        RONALD DOUBERLY

                         June 27, 2018




                 ALPHA REPORTING CORPORATION
                      236 Adams Avenue
                   Memphis, Tennessee 38103
                        (901) 523-8974
                    www.alphareporting.com
```

Alpha Reporting Corporation

## Ronald Douberly - June 27, 2018

166

1 front of the -- the side of the trailer, pretty much in
2 the -- like the same position I would be.
3     Q.   At the Alpine Bobs?
4     A.   Yes.
5     Q.   Do you think Edward Yearta did anything wrong
6 that day?
7         MR. MAST:  Objection to form.
8         MS. NELSON:  Object to form.
9     Q.   Do you think --
10    A.   I don't -- I don't know because I'm not familiar
11 with Alpine Bobs.  I've --
12    Q.   Okay.
13    A.   I don't set up that ride.
14    Q.   Well, let me put it that way.  You know, you
15 understand that Edward Yearta was on the Alpine Bob (sic).
16 Where was the Alpine Bob in relation to the Ring of Fire?
17    A.   The Ring of Fire was here (indicating) and the
18 Alpine Bobs was to the left.
19    Q.   Okay.  We're looking at the backs of the rides?
20    A.   The -- yes.
21    Q.   And you understand that he was electrocuted
22 during this incident; correct?
23    A.   Yes.
24    Q.   And he wasn't touching the Ring of Fire; right?

167

1     A.   No.
2     Q.   Do you have an idea of how he was electrocuted,
3 how that electricity got to him?
4     A.   I'm assuming that it passed through the Ring,
5 through the generator and to that ride.  I --
6     Q.   Were the rides connect -- both rides connected to
7 the same generator?
8     A.   Yes.
9     Q.   Do you know who connected them to the generator?
10    A.   I -- I connected my lead line, and he connected
11 his lead line.
12    Q.   All right.  So Edward connected his lead line to
13 the Ring of Fire?
14    A.   Yes.  As far as I know, yes.
15    Q.   Or I'm sorry.  Edward connected his lead line
16 from the Alpine Bob to the generate -- generator?
17    A.   Yes.  That's my understanding, yes.
18    Q.   Can you -- the generator, it was a trailer
19 generator?
20    A.   Yes.
21    Q.   Could you draw a -- just a rough picture of it?
22 It doesn't need to be really anything more than a box, but
23 I want you to be comfortable with it.
24    A.   (Witness complies.)

168

1     Q.   Okay.  That's perfect.  Where are the lead lines
2 going into that generator?
3     A.   There's -- oops, I forgot the -- there's -- the
4 way this is drawn, this -- this (indicating) would be the
5 driver's side.
6     Q.   Okay.
7     A.   If a -- if a --
8     Q.   I've got you.
9     A.   -- truck was hooked to it, you would be looking
10 at the driver's side.  On the passenger's side, this
11 (indicating) is the panel that has breakers and cams to
12 connect --
13    Q.   Is --
14    A.   -- lead lines to.
15    Q.   Does the panel hang down like that?
16    A.   Yes.  It sits --
17    Q.   Okay.
18    A.   -- a part of the trailer that has --
19    Q.   And do you --
20    A.   -- doors open -- open up.
21    Q.   So you open it up and it -- the door opens up and
22 it hangs down?
23    A.   No.  On most of them, the doors swing up.
24    Q.   Okay.  And on that one, did the door swing up?

169

1     A.   I'm not sure if this one had doors that swing up
2 or doors that remove completely, because different
3 generators have different setups the way they're designed,
4 different designs.
5     Q.   On this one, do you remember was there just one
6 panel where you put the lead lines in?
7     A.   No, I can't remember if there was just one.
8     Q.   Did the lead line from the Alpine Bob go into the
9 same panel that the lead line from the Ring of Fire was
10 going into?
11    A.   Yes.
12    Q.   And these lead lines, are they basically big wire
13 cables?
14    A.   Yes.
15    Q.   And they provide power to the respective rides?
16    A.   Yes.
17    Q.   How many rides can this particular generator that
18 we're talking about that these rides were hooked up to on
19 August 30th -- how many rides can it provide power to at
20 the same time?
21    A.   I'm not sure because I don't know if it was a 500
22 kilowatt generator or 250 kilowatt generator.  I don't
23 know the size of the generator.
24    Q.   Did you have permission to use the generator?

Ronald Douberly - June 27, 2018

### 170

1  A. Yes.
2  Q. Do you know if Edward had permission to use the
3  generator?
4  A. Yes.
5  Q. And who -- who did you get permission from?
6  A. Jerry Sears.
7  Q. Who is Jerry with?
8  A. He works for Belle City.
9  Q. And it's your understanding Belle City owned the
10 generator?
11 A. Yes.
12    MR. TEITENBERG: Can we mark that as Exhibit 10?
13        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
14         WAS MARKED AS EXHIBIT NO. 10, AND IS
15         HERETO ATTACHED.)
16 Q. This is a page --
17 A. Okay.
18 Q. -- from the Ring of Fire manual, and it looks to
19 be a diagram of how the Ring of Fire opens. And I want
20 you to take a look at that and tell me if you're familiar
21 with that diagram.
22 A. Yes.
23 Q. And am I correct? Is this a schematic showing
24 how far the Ring of Fire -- or -- or how the Ring of Fire

### 171

1  opens?
2  A. Yes.
3  Q. And the top view is looking down on the Ring of
4  Fire?
5  A. Yes.
6  Q. And then the side view is looking at the Ring of
7  Fire, I guess, from -- in this case, it looks like the
8  back side of the trailer?
9  A. Yes.
10 Q. And then the end view is looking down the -- the
11 length of the trailer; correct?
12 A. Yes.
13 Q. And this is -- as I said, this was a page I
14 pulled from the manual.
15 A. Yes.
16 Q. It gives various lengths and distances. If you
17 take a look at the end view, the bottom number there has
18 that 24 foot, 8 inch distance.
19 A. Yes.
20 Q. And it looks like that's coming from the side of
21 the trailer in this diagram, where you put your back up to
22 when you paced it off? Do you --
23 A. Yes.
24 Q. -- agree? And that at that point, when it's out

### 172

1  that distance, if we follow up the diagram, it looks like
2  the height of that section is 28 foot, 9 inches?
3  A. Yes.
4     MR. TEITENBERG: Okay. I'd like to mark that as
5  Exhibit 11.
6        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
7         WAS MARKED AS EXHIBIT NO. 11, AND IS
8         HERETO ATTACHED.)
9     MS. NELSON: John, do you mind if we take a quick
10 break?
11    MR. TEITENBERG: Yeah, sure.
12    THE VIDEOGRAPHER: Going off the record. The
13 time is 7:22.
14        (Brief recess.)
15    THE VIDEOGRAPHER: Going back on the record. The
16 time is 7:29.
17 Q. Mr. Douberly, on August 30th, 2016, you mentioned
18 that you saw Edward that day before the incident; correct?
19 A. Yes.
20 Q. And did he appear normal to you that day?
21 A. Yes.
22 Q. There didn't appear to be anything wrong with
23 him?
24 A. No, sir.

### 173

1  Q. And if there was, if he look weird or was acting
2  strange, would you have a duty to notify someone?
3  A. Well, I really wouldn't know what strange for
4  Edward would be because I -- I really didn't know him.
5  Q. Well, let's -- let's -- I appreciate that. Let's
6  say if you looked over and he looked visibly intoxicated
7  while he was doing something or if anyone that was setting
8  up a ride around you looked like they were intoxicated,
9  would you have a duty to -- to tell someone?
10 A. Absolutely.
11 Q. Who would you tell?
12 A. Whoever that individual worked for.
13 Q. Okay. Do you know what happened to the Ring of
14 Fire immediately after the -- the incident after you got
15 back from the hospital?
16 A. No, sir.
17 Q. Did it go into service at the 2016 Delta Fair?
18 A. No, sir.
19 Q. What about the generator, do you know what
20 happened to that?
21 A. No, sir.
22 Q. Do you know whether that went into service at the
23 2016 Delta Fair?
24 A. No, I don't know if it was still used.

Ronald Douberly - June 27, 2018

**246**

1  Q.  Do you know anything else about this incident
2  that we have not already discussed?
3  A.  Nothing that I can really put my finger on and
4  think about.
5      MS. TULLIS:  All right.  I pass the witness.
6      MS. NELSON:  Okay.  I just have a few follow-up
7  questions.
8              CROSS-EXAMINATION
9  BY MS. NELSON:
10  Q.  Mr. Douberly, I want you to look at Exhibit
11  No. 18, which is in front of you.
12  A.  Okay.
13  Q.  It's a picture of the generator truck.
14  A.  Yes.
15  Q.  Are there any grounding rods in this photograph?
16  A.  Not that I can see, no.
17  Q.  Where would the grounding rods be located if they
18  were -- if they were placed?
19  A.  Probably a couple of feet out in front of the
20  panels and six foot apart.
21  Q.  Okay.  Again, in the -- in this photograph, there
22  are no grounding rods?
23  A.  No.
24  Q.  Okay.  You talked about a discussion that you had

**247**

1  with Jerry Sears of Belle City Amusements on August 30,
2  2016.  Do you remember talking to Ms. Tullis about that?
3  A.  Yes.
4  Q.  And you testified that he told you that the
5  generator was good to go before you plugged in.  Is that
6  correct?
7  A.  No.  He -- we were plugged in with the breakers
8  turned off waiting for the plant to be started.  Once the
9  plant was started, he stopped by and said the generator's
10  good to go.
11  Q.  Okay.  And when he said that -- those words to
12  you, good to go, what did that mean to you?
13  A.  To me that meant that the generator was up to
14  power and it was ready for the breakers to be turned on.
15  Q.  Did that mean that it had been prepped and
16  readied?
17  A.  Yes.
18  Q.  Okay.  Did that mean to you that it had been
19  grounded?
20  A.  It would be a fair assumption, yes.
21  Q.  You talked to Mr. Teitenberg and testified about
22  Richard Donais and Paul Hill.  Do you remember that
23  testimony?
24  A.  It was actually Dave Hill, not Paul Hill.

**248**

1  Q.  David (sic) Hill.
2  A.  Sorry.
3  Q.  So Richard Donais and David Hill?
4  A.  Yes.
5  Q.  And you testified about them training you on the
6  Ring of Fire?
7  A.  Yes.
8  Q.  Had they both worked on the Ring of Fire for
9  Amusements of America in the past?
10  A.  Yes.
11  Q.  And do you know how many years they worked on the
12  Ring of Fire?
13  A.  No, I don't.
14  Q.  Okay.  You also testified about the Ring of Fire
15  being sold in November 2016?
16  A.  I'm not sure the exact date.  I know that it was
17  sold after the -- at some point in time after the 2016
18  season ended.  So I -- I don't know if it was in November
19  or December or maybe if it was in January or February or
20  whatever of 2017.  I know it was sold after the season
21  ended and before the next season --
22  Q.  Okay.
23  A.  -- started.
24  Q.  Do you know if the -- do you have any knowledge

**249**

1  as to whether the Ring of Fire was on the market and for
2  sale and advertised?
3  A.  Yes.
4  Q.  And do you know for how long it had been
5  advertised?
6  A.  I believe it was for at least a year before it
7  was sold it had -- it was on the market.
8      MS. NELSON:  Okay.  Those are all the questions I
9  have for you.
10     THE WITNESS:  Thank you.
11             REDIRECT EXAMINATION
12 BY MR. TEITENBERG:
13  Q.  I had a few follow-ups --
14  A.  Okay.
15  Q.  -- to go through.  The first thing I wanted to do
16 is I wanted to ask you about this picture again.  We never
17 marked it as an exhibit.  This is the picture that you
18 were talking about before that included the Scrambler.  Do
19 you --
20  A.  Right.
21  Q.  -- recognize that?
22  A.  Yes.
23  Q.  And you -- you said that's basically the spot
24 in -- where the Ring of Fire was located when you were

**Alpha Reporting Corporation**