# Exhibit B

**In the Matter Of:**

*EDWARD YEARTA vs*

*AMUSEMENTS OF AMERICA*

*2:17-cv-2117 SHM-egb*

*CHRISTOPHER VIVONA*

*June 28, 2018*



ALPHA REPORTING CORPORATION
1st in Reporting, 1st in Service, 1st in Technology
We Bridge the State and Cover the Nation!
www.alphareporting.com
800-556-8974

Christopher Vivona - June 28, 2018

```
 1              IN THE DISTRICT COURT
         FOR THE UNITED STATES OF AMERICA
 2           WESTERN DISTRICT OF TENNESSEE
   _____
 3
   EDWARD ALAN YEARTA,    )
 4                        )
        Plaintiff,        )
 5                        )
   v.                     )Civil Action No.
 6                        )2:17-cv-2117 SHM-egb
   AMUSEMENTS OF AMERICA, )
 7 INC.; DELTA FAIR,      )
   INC.; UNIVERSAL FAIRS, )
 8 LLC; and BELLE CITY    )
   AMUSEMENTS, INC.,      )
 9                        )
        Defendants.       )
10                        )
   AMUSEMENTS OF AMERICA, )
11 INC.,                  )
                          )
12   Crossclaim Plaintiff,)
                          )
13 v.                     )
                          )
14 BELLE CITY AMUSEMENTS, )
   INC.,                  )
15                        )
     Crossclaim Defendant.)
16 _____

17           VIDEOTAPED DEPOSITION

18                    OF

19          CHRISTOPHER R. VIVONA

20             JUNE 28, 2018

21

22

23      Alpha Reporting Corporation
              236 Adams Avenue
24       Memphis, Tennessee 38103
              (901) 523-8974
25       www.alphareporting.com
```

Alpha Reporting Corporation

Christopher Vivona - June 28, 2018

### Page 214

```
 1  preparation for it, sure.
 2     Q.  Is this a means of communication for the
 3  people that you do business with?
 4     A.  Yes.
 5     Q.  What's your email address?
 6     A.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 7     Q.  Is that the same email address you used
 8  regarding the 2016 Delta Fair?
 9     A.  Yes.
10     Q.  Have you exchanged any emails with anyone
11  relating to the August 30, 2016 incident involving
12  Mr. Yearta?
13     A.  Other than lawyers?
14     Q.  Other than lawyers.
15     A.  I don't think so, no.
16     Q.  When was the last time you saw Mr. Yearta?
17     A.  That event in 2016.
18     Q.  Did you talk to him at any point after the
19  incident?
20     A.  No.
21     Q.  Tell me all the communications you would
22  have had with anyone from Belle City regarding the
23  August 30, 2016 incident.
24     A.  I know, when it happened, Zach called me
25  and wanted to know if I called an ambulance yet and
```

### Page 215

```
 1  I wasn't sure what he was referring to because I had
 2  just gotten off of the midway area.  So then I went
 3  out to the midway to see what was happening.  And
 4  then once I was in the general area of the Ring of
 5  Fire and Ronnie and Mr. Yearta were on the way in
 6  the ambulance, I went back and Zach had told me he
 7  did not ground the generators -- his generator.
 8     Q.  Any others?
 9     A.  That's about it.
10     Q.  Any conversations after August 30, 2016
11  with any Belle City employees or representatives
12  regarding the incident?
13     A.  Not that I can recall.
14     Q.  You testified that right after the
15  incident happened, the wire was live so you didn't
16  go back to inspect.  Is that what you said?
17     A.  Correct.
18     Q.  At what point did you go back to that
19  area?
20     A.  I guess it was once the power company got
21  there to turn the power off.
22     Q.  Do you know when that was?
23     A.  It was on the same day in between 6:00 and
24  8:00.
25     Q.  Is this when you had the conversation with
```

### Page 216

```
 1  Zach regarding the generator?
 2     A.  Yes.
 3     Q.  Was it dark outside?
 4     A.  No.
 5     Q.  Was the sun setting at this point?
 6     A.  I don't know.  I remember it was bright,
 7  bright enough where you could see.
 8     Q.  How did the conversation with Zach
 9  regarding the generator start?
10     A.  It started when the power company was
11  there.  When they got there, he was upset because it
12  was not grounded and he told me it was not grounded.
13     Q.  Did you say anything in response?
14     A.  I told him to get it grounded as soon as
15  possible.
16     Q.  And what did he say?
17     A.  He went and did it.
18     Q.  Did you see him go do it?
19     A.  Not him personally, no.
20     Q.  You mean you didn't see him personally or
21  you didn't see the --
22     A.  I didn't see him put the ground rods in.
23     Q.  Did you see anyone put the ground rods in?
24     A.  I saw guys going back to do it.  But I do
25  not -- because it was in between the two trailers, I
```

### Page 217

```
 1  couldn't see them doing it in motion.
 2     Q.  Who were those guys that you saw going
 3  back to do it?
 4     A.  It was Zach's crew.  I know it was -- I
 5  don't know exactly who was there.  I know Jerry
 6  Sears was there and Zach was there, and whoever he
 7  got to go with him to put them in.
 8     Q.  So it was Jerry, Zach and one other
 9  person?
10     A.  I don't know.
11     Q.  You said you saw some guys go back?
12     A.  A group.  And I didn't count them.  I
13  don't know.
14     Q.  Earlier you testified that Zach said to
15  you that he did not ground the generators; is that
16  right?
17     A.  He said it was not grounded.
18     Q.  So he said it was not grounded?
19     A.  Correct.
20     Q.  Did he say where he came to learn that
21  information?
22     A.  He's involved with that.  Both Zach and
23  Jerry are electricians for their show.
24     Q.  Do you know if they are licensed
25  electricians?
```

Christopher Vivona - June 28, 2018

230

1  Q.  So do the poles offer power or
2  electricity?
3  A.  I can't say for all of them.  I was just
4  going by the number on them.  But many of them were
5  for power also.
6  Q.  And do any ride or ride operators plug
7  into those poles?
8  A.  No.
9  Q.  They do not?
10  A.  No.
11  Q.  And is there a reason they don't?
12  A.  Yeah.  That's not for us.  And the power
13  isn't sufficient anyway.  It's mostly just for 110
14  which is just like a regular plug.
15  Q.  Are all rides at the 2016 Delta Fair
16  operated -- or powered by generators?
17  A.  Yes.
18  Q.  Do you see where it says offices right
19  under lower midway?
20  A.  Yes.
21  Q.  Are those referring to Amusements of
22  America offices?
23  A.  Yes.
24  Q.  When you said staff office earlier, is
25  that what you were referring to?

231

1  A.  It's an office compound that has three
2  offices.  One is for ticket sales.  One is more
3  staff-related stuff.  And then the other one is a
4  smaller office where Jerry Smithson has a desk.  And
5  it's more for relaxation.
6  Q.  And so those three -- are those three
7  different units?
8  A.  Yes.
9  Q.  And those three different units are
10  clustered where it says offices?
11  A.  Yes.
12  Q.  What powers those offices?
13  A.  It's the same power.  Those might have
14  been plugged into city power, but I can't recall.
15  I'm pretty sure we left those on city power.
16  Q.  What does that mean?
17  A.  That means over in that section, there's
18  an area where you have like an RV plug and there's a
19  panel there which we were allowed to use that just
20  for the offices.
21  Q.  Okay.  Where would that be in relation
22  to -- I mean, what direction from the offices would
23  that be?
24  A.  It would be -- I don't recall.  It's in
25  the vicinity.  Not far away.

232

1  Q.  What is Mardi Gras?
2  A.  Mardi Gras is a fun house.
3  Q.  How is that powered?
4  A.  Powdered by a generator.
5  Q.  Where is that generator located?
6  A.  Probably -- usually that whole line is the
7  Belle City generator.
8  Q.  Okay.  So when you say the whole line, do
9  you mean from --
10  A.  From Cars -- Cars down to Moonraker.
11  Q.  Okay.  So with the exception of offices,
12  those one, two, three, four, five, six rides or
13  attractions are connected to the BCA generator?
14  A.  Yes.
15  Q.  What is -- is Cars an attraction?
16  A.  Anything in blue is a ride.
17  Q.  Who owns Cars?
18  A.  Amusements of America.
19  Q.  And does that say Far West Train?
20  A.  Far West Train.
21  Q.  And that's a ride?
22  A.  Yes.
23  Q.  Who owns that ride?
24  A.  Amusements of America.
25  Q.  And who owns Mardi Gras?

233

1  A.  Amusements of America.
2  Q.  And who owns Alpine Bob?
3  A.  Prime Time Amusements.
4  Q.  What about the Scrambler?
5  A.  Prime Time.
6  Q.  And the Moonraker?
7  A.  Belle City.
8  Q.  So, of the 66 rides that are using Belle
9  City generator, only the Moonraker is owned by Belle
10  City?
11  A.  Correct.
12  Q.  Does Amusements of America pay Belle City
13  to use its generator?
14  A.  No.  We put fuel in it and it's just
15  included when they book rides.
16  Q.  Where is it included when you book rides?
17  A.  It's understood.  It's verbal.
18  Q.  It's a verbal agreement?
19  A.  Yeah.
20  Q.  That Belle City will provide the generator
21  to source and power one, two, three rides owned by
22  Amusements of America?
23  A.  Yes.
24  Q.  Do you know if Prime Time pays Belle City
25  to use its generator?

**234**

1  A. They don't.
2  Q. So the arrangement that you are speaking
3  of where Amusements of America uses Belle City's
4  generator is strictly by a verbal agreement?
5  A. Yes.
6  Q. Who from Belle City would this verbal
7  agreement have been made with?
8  A. Zach Panocek.
9  Q. What are the pink blocks?
10 A. The pink blocks are Amusements of America
11 booked-in concessions.
12 Q. What's the peach colored shapes?
13 A. Peach colored?
14 Q. Ah, this color (indicating).
15 A. Oh, I'm sorry. It's a little different on
16 mine. Mine is like a tannish. Yeah, those are all
17 of Delta Fair's bookings.
18 Q. Do you see where it said TB?
19 A. Yes.
20 Q. What does that mean?
21 A. Ticket box.
22 Q. And so there are multiple ticket boxes
23 sort of clustered together?
24 A. Yes.
25 Q. And what is HS?

**235**

1  A. Hand stamp booth.
2  Q. Did you talk to anyone from Delta Fair
3  about the August 30, 2016 incident?
4  A. I'm sure I did. I couldn't recall who or
5  when. They were definitely involved. They were
6  there.
7  Q. You said Delta Fair -- somebody with Delta
8  Fair was involved with it?
9  A. Yeah. Anything that happens on midway,
10 they are informEd.
11 Q. Who do you recall was from Delta Fair?
12 A. I mostly recall Brian Ellsworth.
13 Q. You mentioned a conversation about the
14 generator that involved Josh and Zach, where you
15 discussed what happened as far as electricity flow.
16 Do you recall that testimony?
17 A. I don't recall talking to Josh and Zach in
18 general mentioning that. But maybe just the
19 incident. I don't know about -- did you say
20 generator? I think just the whole thing in general
21 I remember having a conversation, not particularly
22 about the generator, with Josh and Zach.
23 Q. Okay. So there was a conversation where
24 Josh and Zach were both present?
25 A. Yes.

**236**

1  Q. Was this the same conversation where you
2  said Zach told you it was not grounded?
3  A. No.
4  Q. So there was a separate conversation that
5  involved Josh and Zach and yourself?
6  A. Yes.
7  Q. Was anyone else involved in that
8  conversation?
9  A. I don't recall.
10 Q. Okay. When was that conversation?
11 A. About the generator not being grounded?
12 Q. About -- no, the conversation involving
13 you, Josh and Zach.
14 A. It was immediately after I got the phone
15 call from Zach about the incident. And then when I
16 went out to check on it, they were both there and we
17 were talking about it. I don't remember exactly
18 where.
19 Q. And this was before you took Ronnie to the
20 front so that the paramedics could pick him up?
21 A. After.
22 Q. It was after. Was this in the vicinity of
23 where it happened, this conversation with Josh, Zach
24 and yourself?
25 A. Yes.

**237**

1  Q. Was this before or after the utility
2  company came?
3  A. Before.
4  Q. I thought I understood your testimony to
5  be that you didn't go back to the area until the
6  utility company came to turn the power off.
7  A. Well, the area meaning that whole row, not
8  the area where the hot wire is.
9  Q. Okay. So on the layout where in the row
10 were you when you had the conversation with Josh and
11 Zach and yourself?
12 A. Either -- it could have been in two
13 different places, because I don't remember exactly.
14 Either it was within 50 feet or so of the Ring of
15 Fire or it's probably where I brought Ronnie down --
16 that's where it was. When I brought Ronnie down --
17 closer to the Cars where Edward Yearta was, where I
18 dropped Ronnie off waiting for the ambulance, I
19 believe that's where we had the conversation.
20 Q. So you dropped Ronnie off at gate 2?
21 A. Yes.
22 Q. How long after this conversation with you,
23 Josh and Zach did the conversation with Zach
24 regarding the grounding take place?
25 A. I don't know the timing of it. I know

Christopher Vivona - June 28, 2018

```
                                        238
 1  when the power company showed up, that's when the
 2  conversation happened.
 3       Q.   When you were having a conversation with
 4  Josh and Zach, did Zach mention anything about the
 5  generator?
 6       A.   I don't believe so.
 7       Q.   So this verbal agreement that Amusements
 8  of America has with Belle City regarding Amusements
 9  of America using Belle City's generator to power
10  amusement rides, what does Belle City get out of it?
11       A.   They get to book many rides with us.
12       Q.   In the future?
13       A.   No, always.  When they book with us, they
14  always brought generators every single time.
15       Q.   Is that always at a request by you?
16       A.   Yeah.
17       Q.   Have you ever asked them to bring a
18  generator as a backup?
19       A.   No.
20       Q.   Besides Belle City and Prime Time, what
21  other ride operators did Amusements of America
22  contract with for the 2016 Delta Fair?
23       A.   Well, Belle City, Prime Time, PB&J
24  Amusements.  What else is there?  Let's see.  I
25  think one was called Fun Time.  He had a fun house
```

```
                                        239
 1  there.  And one other show, the owner is Joe
 2  Frankowski.
 3       Q.   Do you have verbal agreements with any
 4  other ride operators to bring their generators?
 5       A.   Yes.
 6       Q.   Which ones?
 7       A.   PB&J.
 8       Q.   Is that the only one?
 9       A.   Yes.
10       Q.   Why is it that you do not have a verbal
11  agreement with Prime Time for Prime Time to bring a
12  generator?
13       A.   I only needed two.
14       Q.   You only needed two for the 2016 Delta
15  Fair?
16       A.   Yes.
17       Q.   The other generators that are listed, that
18  are depicted or shown on this layout, who owns those
19  generators?
20       A.   Amusements of America.
21       Q.   How many generators does Amusements of
22  America own?
23       A.   I believe we have five there, but we have
24  others that aren't there.
25       Q.   Are there ever situations where you don't
```

```
                                        240
 1  ask ride operators to bring generators at all?
 2       A.   Yes.
 3       Q.   What are those situations?
 4       A.   Well, if they only have one -- it all
 5  depends on the amount of rides they bring.  Both
 6  PB&J and Belle City brought multiple rides.  So
 7  usually when you do that, in our industry, you ask
 8  them to bring a generator.  If you're just bringing
 9  one ride, that's not required.
10       Q.   Beside the Moonraker, what other ride was
11  Belle City bringing to the 2016 -- or what other
12  ride did Belle City bring to the 2016 Delta Fair?
13       A.   Crazy Plane, the Berry's, the Free Fall, I
14  think the Scooter, Zero Gravity, a Mini Himalaya,
15  Peter and Paul, Mini Enterprise.  That looks like
16  it.  They had another one scheduled to come but
17  something happened to it.  It was -- a broken part
18  on it.  That would be the Free Fall.
19       Q.   That's not on the Memphis layout 2016?
20       A.   Correct.
21       Q.   Okay.  Can you tell me which of those
22  rides were connected to the Belle City generator?
23       A.   The Moonraker.
24       Q.   Is that the only Belle city-owned ride
25  that was hooked up to the Belle City generator?
```

```
                                        241
 1       A.   Yes.
 2       Q.   When you had that conversation with Zach
 3  where you said he told you it was not grounded, did
 4  you go and look at the generator?
 5       A.   Yes.
 6       Q.   Did you see that it was not grounded?
 7       A.   Yes.
 8       Q.   How did you see that?
 9       A.   With my eyes and then took a picture of
10  it.
11       Q.   At the point that you looked at it and
12  took a picture, this was after the incident?
13       A.   Yes.
14       Q.   How long after the incident?
15       A.   I would say probably an hour and a half
16  about.  It was over an hour.
17       Q.   Did you check to see that the generator
18  got grounded?
19       A.   Yes.
20       Q.   When did you go to see -- go to check if
21  the generator was grounded?
22       A.   Sometime that evening.
23       Q.   After it was dark?
24       A.   After -- I don't know what time it was.  I
25  just remember them telling me it was grounded and I
```