# Exhibit C

**In the Matter Of:**

*EDWARD ALAN YEARTA vs*

*AMUSEMENTS OF AMERICA*

*2:17-cv-2117*

*MARK LOVELL*

*September 20, 2018*



1st in Reporting, 1st in Service, 1st in Technology

We Bridge the State and Cover the Nation!
www.alphareporting.com
800-556-8974

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
 2                     WESTERN DIVISION
    _____
 3
    EDWARD ALAN YEARTA,        )
 4                             )
                 Plaintiff,    )
 5                             )
    VS.                        )  Civil Action No.:
 6                             )     2:17-cv-2117
    AMUSEMENTS OF AMERICA,     )
 7  INC.; DELTA FAIR, INC.;    )
    UNIVERSAL FAIRS, LLC;      )  JURY DEMAND
 8  and BELLE CITY AMUSEMENTS, )
    INC.,                      )
 9            Defendants.      )

10  AMUSEMENTS OF AMERICA,     )
    INC.,                      )
11                             )
       Crossclaim Plaintiff,   )
12  VS.                        )
                               )
13  BELLE CITY AMUSEMENTS,     )
    INC.,                      )
14                             )
       Crossclaim Defendant.   )
15  _____

16

17          VIDEOTAPED PERSONAL DEPOSITION

18           AND RULE 30(b)(6) DEPOSITION

19                        OF

20                   MARK LOVELL

21              SEPTEMBER 20, 2018

22
             ALPHA REPORTING CORPORATION
23                236 Adams Avenue
             Memphis, Tennessee  38103
24                (901) 523-8974
                www.alphareporting.com
```

30(b)(6)
Mark Lovell - September 20, 2018

**34**

1  question started with a preface, then you
2  withdrew it.  Now it's a new question, didn't
3  have that same preface in it, so it made it all
4  really confusing to me.
5          You recall the first question was -- I
6  would have to go back to the transcript, but --
7  it set something aside, and then the second
8  question didn't.
9          MR. TEITENBERG:  Why don't I just ask it
10 over?
11 BY MR. TEITENBERG:
12     Q.   Universal Fairs -- used the term "does
13 fairs," and I think you have also used the term
14 "operate fairs."
15          What do you mean when you say that?
16     A.   Say what?
17     Q.   Say that Universal Fairs does a fair?
18     A.   That means that we will find a city,
19 slash, location, and then we will secure a lease
20 agreement.  Then we will find a ride company, and
21 then we'll proceed with putting it on, buying
22 attractions, buying advertising, soliciting for
23 commercial vendors, soliciting for food
24 concessions, procuring all the operations such as

**35**

1  fence, port-a-johns, dumpsters, all those things.
2          That is what I call putting on a fair.
3      Q.  And are all those things that Universal
4  Fairs, LLC does when they put on a fair the same
5  thing that Delta Fair, Inc. does for the Delta
6  Fair and Music Festival?
7      A.  I would say that every fair in the
8  country is put on pretty much the same way.  They
9  need a location.  They need a ride company.  They
10 need food, games, so forth, so.
11     Q.   So is your answer that Delta Fair,
12 Incorporated does the same thing as Universal
13 Fairs, LLC when it puts on a fair?
14     A.   Not entirely.
15     Q.   What are the differences?
16     A.   The Delta Fair has a livestock show.
17 The Delta Fair has a crafts corner and
18 collectible program.  The Delta Fair has a beauty
19 pageant.  The Delta Fair has a talent show.  The
20 Delta Fair has a Delta Fair Queen that wins the
21 talent show -- I mean, we have a beauty pageant.
22          Delta Fair is the only place that we
23 have a large exhibit hall, air-conditioned
24 exhibit hall.  So it's more of a true state fair.

**36**

1  It's bigger than some state fairs.  So it's more
2  of a state fair.
3          And the others are -- we'd like for them
4  to be that way but they're not, and there are
5  various reasons.  But it is -- the other ones are
6  more like a glorified carnival.  You know, like
7  sometimes they might set rides up in a mall
8  parking lot, you know, kind of like the Mid-South
9  Fair is now.  They are just a glorified carnival.
10         They don't have livestock.  They don't
11 have -- they have a talent show, and that's about
12 it.  Rides, food, games, other than that, they
13 are just a carnival.
14     Q.   So as far as your duties with respect to
15 each of the companies we have been talking about,
16 would you say that your duties are largely the
17 same but the -- with Universal Fairs sometimes
18 the attraction, the type of attraction, or the
19 magnitude of the fair is different?
20     A.   Yes.  Similar to ExpoSouth, my duties
21 are the same.  I buy the advertising.  If we have
22 any attractions, which if we do there will just
23 be one.
24          The boat show, the hunting show, the

**37**

1  home and garden show, those type things, my duty
2  on that is oversee, make sure everything goes the
3  way it's supposed to, primarily secure the leases
4  at the venues, and buy the advertising for those
5  events, and then just manage my employees.
6      Q.  On its website, Universal Fairs, LLC
7  advertises that it plans midways.  Tell me what
8  is involved with planning a midway?
9      A.  I don't think it says that, does it?
10     Q.   It says -- well, maybe it uses the term
11 layout, planning layouts.  Can you tell me what a
12 layout is?
13     A.   I don't think it says that either.
14     Q.   Okay.
15     A.   Now -- yeah, I don't think it says that.
16     Q.   Does Universal Fairs, LLC plan layouts?
17     A.   Depends on what you're talking about.
18 Do we lay out -- do we have the overall layout,
19 the general concept of the layout of our events?
20 Yes.
21          Do we lay out the midway where the rides
22 go?  No.
23     Q.   Is that the proper term when you're
24 talking about --

**98**

1  A.  The Vivonas will sell the tickets or
2  wrist bands, and then they collect all the money
3  each day.  And the next day we get a percentage
4  of what they collected the previous day.
5      We normally issue them wrist band
6  tickets.  They don't actually have wrist bands.
7  Most people do.  We issue them wrist band
8  tickets, and they sell the tickets.  And then
9  they exchange the ticket from the customer with a
10 hand stamp.  We inventory the tickets before and
11 after.
12     Q.  What is the percentage of the ride gross
13 that Delta Fair, Inc. receives?
14     A.  It's -- I can't remember.  I think it
15 starts out at, I think, forty, and then once it
16 hits a certain amount, it bumps up to forty-five.
17     Q.  Would that have been the case at the
18 2016 Delta Fair and Music Festival?
19     A.  I don't know the exact numbers, but,
20 yeah, probably.  That's close.
21     Q.  Does Delta Fair, Inc. share a percentage
22 in any of the other gross receipts that
23 Amusements of America might collect?
24     A.  No, sir.

**99**

1  Q.  How about the games, is that included in
2  the ride gross you discussed?
3  A.  No, sir.
4  Q.  If I were to -- well, can you describe
5  to the jury in general terms the role that Delta
6  Fair, Inc. played at the 2016 Delta Fair and
7  Music Festival, vis-a-vis the role that
8  Amusements of America, Inc. played?
9  A.  What is their role and what is our role?
10 Q.  Right, yeah.
11 A.  Their role is to bring rides, set up
12 rides, operate rides, sell ride tickets, tear the
13 rides down and haul them off.  Ours is everything
14 else.
15 Q.  And does Delta Fair, Inc. ever have any
16 involvement in designing the general layout of
17 the Delta Fair and Music Festival?
18 A.  Of the general layout of the entire
19 festival, we have an input on the general layout
20 of it.
21 Q.  Describe to the jury the input that
22 Delta Fair, Inc. has?
23 A.  Basically since the jury can see me,
24 this is where the food joints go (indicating),

**100**

1  this is where our attractions go.  Everything
2  else is where y'all can put rides.
3  Q.  So Delta Fair, Inc. makes the
4  determination of where the food joints are laid
5  out?
6  A.  Where our independent food joints are,
7  not the A of A's joints.
8  Q.  I understand.  And then Delta Fair also
9  makes the determination of where on the
10 property the -- I'm sorry, I forgot.
11 A.  The attractions.
12 Q.  Such as the livestock?
13 A.  Yes.
14 Q.  Does Delta Fair, Inc. have any input at
15 all with respect to the location of particular
16 rides provided by Amusements of America, Inc.?
17 A.  No, sir.
18 Q.  Why is that?
19 A.  Why is -- why do we not have --
20 Q.  Right.
21 A.  We give them a general area, that is
22 where you put the rides.  And they know, you
23 know, they are the experts.
24     We rely on them to set them up to give

**101**

1  it a good flow of people and to space -- you
2  don't want to put all your best rides together
3  and make that area all congested.
4      So you want to put -- let's just call it
5  a not-so-popular ride and then a popular ride and
6  spread it out so all your people aren't all --
7  crowd control.
8  Q.  And that's to maximize the revenues of
9  the rides and attractions, correct?
10 A.  That is one of the reasons.  Public
11 safety is another.
12 Q.  Does Delta Fair, Inc. have any
13 responsibility for public safety at the Delta
14 Fair and Music Festival?
15     MR. MAST:  Objection to form.
16 A.  Yes.
17 Q.  What responsibility do they have?
18     MR. MAST:  Objection to form.
19 A.  I guess that means answer the question.
20     MR. MAST:  You can still answer the
21 question, yes.  Sorry.
22     THE WITNESS:  We make sure that the --
23 if someone needs medical attention, we provide
24 trained personnel to take care of medical stuff.