# Exhibit F

IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

**EDWARD ALAN YEARTA,**
    Plaintiff,         CIVIL ACTION NO.:
vs.               2:17-cv-2117 SHM-egb
**AMUSEMENTS OF AMERICA,**
**INC.; DELTA FAIR, INC.;**
**UNIVERSAL FAIRS, LLC;**
**and BELLE CITY**
**AMUSEMENTS, INC.,**
    Defendants.
**AMUSEMENTS OF AMERICA,**      <u>**VOLUME I OF IV**</u>
**INC.,**
    Crossclaim Plaintiff,
vs.
**BELLE CITY AMUSEMENTS,**
**INC.,**
    Crossclaim Defendant.


* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORAL VIDEO DEPOSITION OF**

**EDWARD YEARTA**

**MAY 3RD, 2018**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *


    ORAL VIDEO DEPOSITION of EDWARD YEARTA taken
in the above-styled and numbered cause on May
3rd, 2018, from 8:40 a.m. until 7:33 p.m. before
Carol P. Kellerman, Certified Court Reporter in
and for the State of Georgia, in the conference
room at 327 North Ashley Street and at 1564
Baytree Road, Valdosta, Georgia.


        Carol P. Kellerman, C.C.R.
     KELLERMAN COURT REPORTING, INC.
       Phone No.:  (229) 245-0317

1          Q.    How -- how does it become locked into

2   place?

3          A.    Wherever they pull it up to the mark.

4          Q.    Okay.  Is there something that then

5   kind of connects it to the ground?

6          A.    A ground wire I reckon.

7          Q.    Okay.  Do you recall seeing whether or

8   not the generator had ground wire?

9          A.    It was grounded, but I don't know how

10  -- if it was grounded right.

11         Q.    Okay.  But you recall that it was

12  grounded?

13         A.    Yes.

14         Q.    Okay.

15              MS. TULLIS:  Those are all the

16         questions I have.  Thank you.

17              MS. NELSON:  I have actually some

18         follow-up.  I'm sorry.

19              MR. TEITENBERG:  I think you've

20         got about six minutes.

21              (Court Reporter's Note:  There was

22         a brief discussion held off of the

23         record.)

24                     **RE-EXAMINATION**

25  BY MS. NELSON:

                                              423

1      Q.    So, Mr. Yearta, in response to Ms.

2   Tullis' question just a moment ago about whether

3   the generator was grounded, you responded that,

4   yes, it was grounded.

5      A.    I don't know --

6           MR. TEITENBERG:   Objection, form.

7   THE DEPONENT CONTINUED:

8      A.    I don't know if it was grounded right.

9   But it was grounded.

10      Q.    (By Ms. Nelson)  Explain that to me.

11      A.    I don't know if the rod was drove in

12   the ground deep enough or not.

13      Q.    Did you see grounding rods at that

14   generator truck?

15      A.    Yes.

16      Q.    What did they look like?

17      A.    Copper wire.

18      Q.    Explain that to me.

19      A.    Copper rods with a clamp on it that's

20   got a wire, a grounding rod, connected to it.

21      Q.    And do you know who placed those rods?

22      A.    No, I don't.

23      Q.    And were they driven into the ground?

24      A.    Yes, but I don't know if they was deep

25   enough.