# Exhibit H

**In the Matter Of:**

*EDWARD ALAN YEARTA vs*

*AMUSEMENTS OF AMERICA*

*2:17-cv-2117*

*DOMINIC VIVONA*

*September 20, 2018*



1st in Reporting, 1st in Service, 1st in Technology

We Bridge the State and Cover the Nation!
www.alphareporting.com
800-556-8974

30(b)(6)
Dominic Vivona - September 20, 2018

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
 2                     WESTERN DIVISION
   _____
 3
   EDWARD ALAN YEARTA,       )
 4                           )
             Plaintiff,      )
 5                           )
   VS.                       ) Civil Action No.:
 6                           )    2:17-cv-2117
   AMUSEMENTS OF AMERICA,    )
 7 INC.; DELTA FAIR, INC.;   )
   UNIVERSAL FAIRS, LLC;     )   JURY DEMAND
 8 and BELLE CITY AMUSEMENTS,)
   INC.,                     )
 9           Defendants.     )

10 AMUSEMENTS OF AMERICA,    )
   INC.,                     )
11                           )
      Crossclaim Plaintiff,  )
12 VS.                       )
                             )
13 BELLE CITY AMUSEMENTS,    )
   INC.,                     )
14                           )
      Crossclaim Defendant.  )
15 _____

16

17        VIDEOTAPED RULE 30(b)(6) DEPOSITION

18                         OF

19              DOMINIC VIVONA, JR.

20                SEPTEMBER 20, 2018

21
             ALPHA REPORTING CORPORATION
22                236 Adams Avenue
              Memphis, Tennessee  38103
23                 (901) 523-8974
                www.alphareporting.com
24
```

26

1  Incorporated.
2        MR. TEITENBERG:  And I'm going to
3  hand you a copy of that.  I have provided
4  everyone else with copies earlier today, but I
5  still have a few extra if anyone needs it.  This
6  will Exhibit 3, I guess.
7        MS. TULLIS:  Going to be number 1,
8  right?
9        MR. MAST:  Three.
10       (Whereupon, the above-mentioned document
11  was marked as Exhibit 3 to the testimony of the
12  witness, and is attached hereto.)
13  BY MR. TEITENBERG:
14     Q.   Are you familiar with this document?
15     A.   Yes.
16     Q.   Do you know who drafted this document?
17     A.   Someone at Delta Fair.
18     Q.   Do you have any idea who it would be at
19  Delta Fair?
20     A.   No.
21     Q.   How do you know it was someone at Delta
22  Fair?
23     A.   Because they sent it to me.
24     Q.   When did they send it to you?

27

1      A.   I mean, it's dated up here in 2016, but
2  I'm not sure of the date.
3      Q.   Okay.  I guess what I'm getting at, I
4  didn't plow this ground with you, but it's my
5  understanding that Amusements of America was the
6  carnival operator from the years 2008 to 2016 for
7  the Delta Fair?
8      A.   That's correct.
9      Q.   Okay.  And do you know who drafted the
10  original contract with Delta Fair in 2008?
11     A.   Delta Fair did.  I'm not sure who it
12  was.  I'm assuming -- well, I'm assuming that.
13  I'm not positive.  I would have to see the
14  contract.
15     Q.   Okay.  And what leads you to believe
16  that though?
17     A.   Because we have a standard boilerplate
18  contract with terms that you fill in, and this is
19  not that.
20     Q.   Okay.  Can you tell me or tell the jury
21  how this contract differs from A of A's standard
22  contract?
23     A.   Ours is two pages.
24     Q.   I'm sorry?

28

1      A.   Two pages.  So a lot more detail.
2      Q.   Is it common for a fair organization
3  such as Delta Fair, Incorporated to draft the
4  contract in these types of agreements?
5      A.   For larger fairs that have legal staff,
6  yes, or access to legal staff.
7      Q.   Do you know whether with respect to this
8  particular agreement A of A had any hand in
9  negotiating any of its terms?
10     A.   Well, I would assume so.  You're asking
11  if we just took a contract and signed it as is,
12  so -- I mean I would assume some of the numbers
13  and terms would have been discussed prior.
14     Q.   My next question was going to be, you
15  know, which are most likely those terms that were
16  negotiated?
17     A.   The percentages, number of rides.
18     Q.   All of the good stuff that is blacked
19  out?
20     A.   Right, exactly, right.
21     Q.   Did A of A have any other agreements,
22  whether written or unwritten, with Delta Fair,
23  Incorporated with respect to the 2016 Delta Fair?
24     A.   No.

29

1      Q.   One of the things you were asked to talk
2  about today in the deposition notice was the
3  contracts with other operators such as Belle City
4  Amusements, Prime Time Amusements.
5           Are you prepared to talk about that
6  today?
7      A.   Yes.
8      Q.   There is -- I have a copy here of the
9  Belle City Independent Attraction Contract,
10  copies for everyone else.
11          (Whereupon, the above-mentioned document
12  was marked as Exhibit 4 to the testimony of the
13  witness, and is attached hereto.)
14     Q.   (BY MR. TEITENBERG) Do you recognize
15  this contract?
16     A.   Yes.
17     Q.   Tell the jury what this contract is for?
18     A.   It's a contract that we use for when we
19  subcontract amusement rides at our fairs.
20     Q.   So this is a contract whose form would
21  have been essentially drafted by A of A?
22     A.   Yes, that's correct.
23     Q.   Is it typical to other contracts that
24  you do with other independent attraction

Page 30

1  operators?
2  A.  Yes.
3  Q.  You would have a similar contract like
4  this in 2016 with Prime Time Amusements, LLC?
5  A.  If we have one, if we had one, I don't
6  know if we do.
7  Q.  Sometimes it's an oral agreement?
8  A.  Correct.
9  Q.  Did A of A have any other oral agreement
10 with Belle City Amusements?
11 A.  Besides for this event, no, for this
12 contract, no.
13 Q.  Outside of what's in the contract, does
14 Amusements of America have any rules or
15 guidelines that subcontractors have to abide by?
16 A.  Outside of the contract, I guess it
17 depends.  Would you be referring to like
18 generators and so forth or --
19 Q.  Well, anything -- anything really.
20 A.  Well, I guess for a generator aspect,
21 typically our policy is if you bring eight to ten
22 or more rides, we would request electrical power
23 as well to help power the equipment.
24 Q.  Okay.  And by electric power, you mean

Page 31

1  generators?
2  A.  Yeah.  That's not in the contract.
3  Q.  Okay.  One of the things you were
4  designated to speak about was the -- the TOSHA
5  investigation that the State of Tennessee
6  performed?
7  A.  Yes.
8  Q.  Have you read that TOSHA report?
9  A.  Yes.
10 Q.  And was there anything in that report
11 that is inaccurate?
12     MR. GRIFFEE:  Object to the form.
13     THE WITNESS:  Do I still answer?
14     MR. GRIFFEE:  Yeah.
15     THE WITNESS:  The facts were laid out to
16 my understanding, not being there, accurately.
17 BY MR. TEITENBERG:
18 Q.  The facts are inaccurate?
19 A.  No.  The facts are accurate to my
20 understanding.
21 Q.  Oh, okay.  Is there anything that A of A
22 believes is inaccurate in that report?
23     MR. GRIFFEE:  Same objection.
24 A.  Based upon what the two penalties that

Page 32

1  were listed, they were accurate.
2      MR. TEITENBERG:  And I have another
3  document I would like to make an exhibit.
4      (Whereupon, the above-mentioned
5  document was marked as Exhibit 5 to the testimony
6  of the witness, and is attached hereto.)
7  BY MR. TEITENBERG:
8  Q.  These documents were produced by
9  Amusements of America.  Are you familiar with
10 them?
11 A.  These documents?
12 Q.  Yes.
13 A.  Oh, you mean the actual -- yes, we
14 turned it in, yes.  We didn't create the
15 documents, right.
16 Q.  Right.
17 A.  Okay.
18 Q.  I imagine these were created by the
19 Department of Labor and Workforce Development of
20 the State of Tennessee.
21 A.  Yes, yes.
22 Q.  And it indicates that there were fees
23 and penalties assessed?
24 A.  Yes.

Page 33

1  Q.  And there's -- the second page of this
2  exhibit is a check from Amusements of America to
3  the Treasurer, State of Tennessee in the amount
4  of forty-five hundred dollars?
5  A.  Yes.
6  Q.  Is that the fine that Amusements of
7  America paid?
8  A.  Yes.
9  Q.  Did Amusements of America make any
10 attempt to dispute or appeal these citations?
11 A.  I made an attempt to dispute it when the
12 investigator called me and asked what we were
13 going to do with this report.
14 Q.  Can you tell the jury a little bit about
15 that?
16 A.  I was called right around -- right
17 before Christmastime when I got this report.  And
18 he said, I'm assuming you got the report, you
19 know you have to pay -- you have thirty days to
20 pay the fine.
21     And I said it was, you know, a lot of
22 money and could I do something else, a plan or
23 something, because we are closed at that time of
24 year.

**42**

1  Q.   And then how about the profits, do you
2  know how much of that is profit?
3  **A.   About -- I think it's about three or**
4  **four hundred thousand.**
5  Q.   I want to go back and talk about you
6  personally for a moment.
7  **A.   Okay.**
8  Q.   Have you ever been charged with a crime?
9  **A.   No.**
10 Q.   I think that's all I have.  Thank you.
11 **A.   Thank you.**
12      THE WITNESS:  Oh, I'm sorry.
13                  EXAMINATION
14 Q.   (BY MS. TULLIS) Good afternoon.  My name
15 is Mary Wu Tullis and I represent Belle City
16 Amusements, Inc.
17      If I can refer you to the notice, the
18 30(b)(6) notice, that has been marked as an
19 exhibit previously?
20 **A.   Okay.**
21 Q.   I want to ask you specifically about
22 topic five, which says A of A's contracts and any
23 other arrangements or agreements it had with
24 Belle City Amusements, Inc. regarding the 2016

**43**

1  Delta Fair and Music Festival.
2       Do you see that?
3  **A.   Yes.**
4  Q.   We have also marked as Exhibit 4 what is
5  called the Independent Attraction Contract.
6       Do you see that?
7  **A.   Yes, I do.**
8  Q.   Besides the Independent Attraction
9  Contract, are there any other contracts between
10 Amusements of America and Belle City Amusements,
11 Inc. regarding the 2016 Delta Fair and Music
12 Festival?
13 **A.   No, ma'am.**
14 Q.   Are there any other arrangements between
15 Amusements of America and Belle City Amusements,
16 Inc. regarding the 2016 Delta Fair and Music
17 Festival?
18 **A.   I'm assuming we're talking about**
19 **generators again.**
20 Q.   No.  Well, I'm not asking specifically
21 about generators.  I'm asking sort of more
22 generally, are there any other arrangements
23 between Amusements of America and Belle City
24 Amusements, Inc. regarding the 2016 Delta Fair

**44**

1  and Music Festival?
2       MR. GRIFFEE:  I will object to the form.
3  **A.   Any other arrangements, which would be**
4  **what exactly?**
5  Q.   How would you -- any other agreements
6  or --
7  **A.   Nothing written, nothing written, no.**
8  Q.   Are there oral arrangements or
9  agreements between Amusements of America and
10 Belle City Amusements, Inc. regarding the 2016
11 Delta Fair and Music Festival?
12 **A.   Yes.**
13 Q.   What are those oral agreements?
14 **A.   One would be the generator for the site,**
15 **for usage during the fair.  Let's see what else,**
16 **they would have to pay, I don't know if it's in**
17 **here or not, they would have to pay for trailer**
18 **rent for their employees and RVs.**
19      **They would have to have the ride permits**
20 **for their rides.  I'm not sure if that's in there**
21 **or not.  I'm just -- but that's part of the**
22 **agreement.**
23 Q.   Any other oral agreements that
24 Amusements of America has with Belle City

**45**

1  Amusements, Inc. regarding the 2016 Delta Fair
2  and Music Festival?
3  **A.   Not that I'm aware of.**
4  Q.   And those three oral agreements that we
5  talked about, they are not in the Independent
6  Attraction Contract that has been marked as
7  Exhibit 4, are they?
8  **A.   I don't believe they are.**
9  Q.   Is it Amusements of America's position
10 that the Independent Attraction Contract that has
11 been marked as Exhibit 4 did not contain any
12 provision that requires Belle City to supply
13 generators?
14      MR. GRIFFEE:  Object to the form.
15 **A.   The written contract does not state**
16 **anything about generators.**
17 Q.   And you mentioned that Amusements of
18 America had a requirement if a ride operator was
19 going to bring eight to ten rides that they would
20 request electrical power?
21 **A.   Correct.**
22 Q.   Is that a written requirement?
23 **A.   Generally accepted practice that we use.**
24 Q.   Okay.  And how is that practice

**Page 46**

1  communicated to ride operators?
2      A.   When we talk about the ride lineup they
3  were in.  So we had discussed with Belle City
4  this ride lineup.  So at that point, and also
5  obviously the monetary compensation, our
6  percentage, that would have been discussed at
7  that time.
8      Q.   Is it -- is the requirement to bring a
9  generator to power all eight to ten rides?
10     A.   Logistically it's for power usage.  It
11 doesn't have -- they wouldn't specifically power
12 their own rides.  But because of that additional
13 power of the eight rides needed, we need that
14 generator.
15          So it's needed in the whole scope of the
16 fair, but it would not be used -- isolated with
17 their specific rides.
18     Q.   So would it be fair to say that the
19 requirement is one generator from the ride
20 operators who are going to bring eight to ten
21 rides?
22     A.   Correct.  If they brought sixteen, they
23 would be asked for two generators.
24     Q.   Are ride operators compensated for

**Page 47**

1  bringing a generator when they bring eight to ten
2  rides?
3      A.   No, but we pay for all the fueling so
4  they have no additional expense.
5      Q.   At what point is the requirement to
6  bring a generator if a ride operator is going to
7  bring eight to ten rides discussed?
8      A.   During the time we negotiate for the
9  number of rides and the percentage.
10     Q.   Are there any situations where a
11 generator to power -- or a generator for
12 electrical use at a fair is not needed from a
13 ride operator who is going to bring eight to ten
14 rides?
15     A.   It's possible based upon the layout, the
16 size of the grounds.  If it's more compact, it's
17 possible that you could get by with one less
18 generator, but it's possible.
19     Q.   So it's not, I guess, a per se or an
20 automatic rule that any ride operator --
21     A.   Sorry.
22     Q.   Let me repeat this for the record.  So
23 it's possible that if a ride operator brings
24 eight to ten rides they could -- they would have

**Page 48**

1  some situations where they wouldn't be required
2  to bring a generator?
3          MR. GRIFFEE:  Object to the form.
4      A.   We have never not asked for a generator.
5  Always be safe than sorry.
6      Q.   Have you -- have there been situations
7  where the generator that's brought by a ride
8  operator who brings eight to ten rides is not
9  used?
10     A.   Possibly.
11     Q.   Has that happened at the 2016 Delta
12 Fair?
13     A.   No.
14     Q.   Has that happened at any Delta Fair?
15     A.   No.
16     Q.   When a ride operator who is bringing
17 eight to ten rides to a fair is required to bring
18 a generator, are there any other requirements
19 asked of that ride operator?
20         MR. GRIFFEE:  Object to the form.
21     A.   Any other requirements asked of that
22 ride operator?  I mean, yeah, I guess, yes, but
23 it's generally they have to wear our uniforms.
24 They have to follow the hours posted of the fair,

**Page 49**

1  so they have to -- they have to honor the tickets
2  that we provide for the fair, including
3  complimentary passes, so they ride people for
4  free.
5      Q.   And I'm sorry.  That was probably a
6  poorly worded question.
7          What I wanted to ask is, are there any
8  other requirements relating to the generator that
9  are imposed on a ride operator who is required to
10 bring one?
11         MR. GRIFFEE:  Same objection.  Go ahead.
12     A.   Being it's their equipment, we expect --
13 we assume they expect they will handle it,
14 maintain it, operate it.
15     Q.   But Amusements of America does not place
16 any requirements on that ride operator with
17 respect to the generator, aside from bringing it
18 to the fair?
19         MR. GRIFFEE:  Object to the form.
20     A.   Well, I mean, requirements like I said
21 would be to operate it and maintain it.
22 Generators, you have to change fuel filters, oil
23 changes, just like a car on a regular basis.
24     Q.   Is the fuel that Amusements of America